**Order entered September 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00909-CV

**MOVIE POSTER HOUSE, INC., Appellant**

**V.**

**HERITAGE AUCTIONS, INC., Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-15479**

## ORDER

The Court has reviewed the clerk's record. It does not include the order of severance relied upon by appellant as the basis for appellate jurisdiction in this case. Accordingly, we **ORDER** Gary Fitzsimmons, District Clerk, to file within five (5) days of the date of this order a supplemental clerk's record including the order dated August 21, 2014 severing the claims of intervenor Movie Poster House against Heritage Auctions, Inc. and to provide to this Court the new cause number assigned to the severed cause. The Court **DIRECTS** the Clerk to transmit copies of this order electronically to Gary Fitzsimmons, District Clerk, and all parties to the appeal.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE